**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gildardo SANCHEZ–ENSALDO,
Defendant–Appellant.**

**No. 03–10655.**

**D.C. No. CR–03–00216–PGR.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 22, 2004.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before PREGERSON, HAWKINS and GRABER, Circuit Judges.

## MEMORANDUM**

Gildardo Sanchez–Ensaldo appeals his guilty-plea conviction and 69–month sentence for re-entry into the United States after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Sanchez–Ensaldo has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Sanchez–Ensaldo has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, counsel's motion to withdraw is **GRANTED**, and in light of the valid appeal waiver contained in the plea agreement, this appeal is *DISMISSED.*

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

